BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12CR0234 LJO-SKO |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE;  ORDER |
| v. | |
| ERNESTINA VILLAREAL-GUERRERO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the above-captioned matter was set for sentencing on February 25, 2013.

2. By this stipulation, the parties now move to continue the sentencing hearing date until March 25, 2013, at 8:30 a.m. to effectuate the terms of the plea agreement.

////

////

////

1

IT IS SO STIPULATED.

DATED: February 25, 2013. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: February 25, 2013.

/s/ Mark Broughton
MARK BROUGHTON
Counsel for Defendant
ERNESTINA VILLAREAL-GUERRERO

**O R D E R**

IT IS SO ORDERED.

Dated: **February 25, 2013**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE