1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:12CR0234 LJO-SKO

12                     Plaintiff,          STIPULATION REGARDING
                                           CONTINUANCE; ORDER
13            v.

14  ERNESTINA VILLAREAL-GUERRERO,

15                     Defendant.

16

17                        **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendants, by

19  and through their counsel of record, hereby stipulate as follows:

20      1.      By previous order, the above-captioned matter was set for sentencing on July 8, 2013,

21  at 8:30 a.m.

22

23      2.      By this stipulation, the parties now move to continue the sentencing hearing date until

24  November 4, 2013, at 8:30 a.m. to effectuate the terms of the plea agreement.

25  ////

26  ////

27  ////

28
                                    1

IT IS SO STIPULATED.

DATED:        July 3, 2013.        Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Karen A. Escobar_____
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney


DATED:        July 3, 2013.

                                   /s/ Mark Broughton _____
                                   MARK BROUGHTON
                                   Counsel for Defendant
                                   ERNESTINA VILLAREAL-GUERRERO



                              **O R D E R**


    IT IS SO ORDERED this 3rd day of July, 2013.


                                   __/s/ Lawrence J. O'Neill_____
                                   LAWRENCE J. O'NEILL
                                   UNITED STATES DISTRICT JUDGE

2