IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:12-CR-00234 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ERNESTINA VILLAREAL-GUERRERO ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on November 4, 2013, to a period of time served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   November 4, 2013            /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

1